UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MALGORZATA TROCZYNSKA,**

    **Plaintiff,**

v.                                                  CASE NO:  **8:08-cv-187-T-30MAP**

**MOBILE HEALTH, P.A.,**
**DR. MARK ISENBERG, P.A., and**
**MARK ISENBERG,**

    **Defendants.**
_____/

**O R D E R**

    The Court has been advised by Plaintiff and via a Notice of Settlement (Dkt. #35) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

    **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  This Court retains jurisdiction during and after the sixty (60) day period to determine the reasonableness of Plaintiffs' attorney's fees and costs.  **No party (or their counsel) shall make any payment of fees or costs without prior authorization or approval from this Court.**  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida on December 18, 2008.

                                                                   JAMES S. MOODY, JR.
                                                                   UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

S:\Odd\2008\08-cv-187.60 days dismissal FLSA.frm